B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

### SOUTHERN DISTRICT OF GEORGIA

In Re:                                                          Case No.  1910133
HARRY DRAYTON JR

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                    Carvana, LLC
---------------------------------------------           -------------------------------------------
Name of Transferee                                    Name of Transferor


Name and Address where notices to transferee          Court Claim # (if known): 3
should be sent:                                        Amount of Claim: $24,005.03
Portfolio Recovery Associates, LLC                    Date Claim Filed: 03/19/2019
POB 41067
Norfolk, VA 23541


Phone: (877)829-8298                                  Phone:
Last Four Digits of Acct # :  1802                    Last Four Digits of Acct #: 1802

Name and Address where transferee payments            Seller Information
Should be sent (if different from above)              CARVANA, LLC
Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 1802


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Martine Evans                                 Date: 1/24/2020
     ---------------------------------------------
     Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com


*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EXHIBIT B
## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of Bridgecrest Acceptance Corporation ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to Portfolio Recovery Associates, a Limited Liability Company organized under the laws of Delaware with an office at 130 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as <u>Exhibit A</u> (the "Accounts"), and

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to November 17, 2019, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated December 30, 2019 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: December 30, 2019

<div style="margin-left:40%">

BRIDGECREST ACCEPTANCE CORPORATION

BY: BRIDGECREST CREDIT COMPANY, LLC, as agent

By: _____
Name: _____
Title: _____

</div>

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On December 30, 2019, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, a limited liability company, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.



SAMANTHA N. DAVIS
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 570322
Expires October 13, 2023

## EXHIBIT B
## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of Carvana, LLC ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to Portfolio Recovery Associates, a Limited Liability Company organized under the laws of Delaware with an office at 130 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as <u>Exhibit A</u> (the "Accounts"), and

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to November 17, 2019, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated December 30, 2019 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: December 30, 2019

CARVANA, LLC

BY: BRIDGECREST CREDIT COMPANY, LLC, as agent

By: _____
Name: Daniel Gaudreau
Title: Treasurer

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On December 30, 2019, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, a limited liability company, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.



SAMANTHA N. DAVIS
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 570322
Expires October 13, 2023

## EXHIBIT B
## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of Sonoran Auto Receivables Trust 2016-1 ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to Portfolio Recovery Associates, a Limited Liability Company organized under the laws of Delaware with an office at 130 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as Exhibit A (the "Accounts"), and

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to November 17, 2019, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated December 30, 2019 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: December 30, 2019

SONORAN AUTO RECEIVABLES TRUST 2016-1

BY: BRIDGECREST CREDIT COMPANY, LLC, as agent

By: _____
Name: Daniel Gaudreau
Title: Treasurer

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On December 30, 2019, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, a limited liability company, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

_____
Commissioner of the Superior Court
Notary Public

Record Number: 570322



# EXHIBIT B
## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of Sonoran Auto Receivables Trust 2017-1 Term ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to Portfolio Recovery Associates, a Limited Liability Company organized under the laws of Delaware with an office at 130 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

      (a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as Exhibit A (the "Accounts"), and

      (b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to November 17, 2019, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated December 30, 2019 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: December 30, 2019

                         SONORAN AUTO RECEIVABLES TRUST 2017-1 TERM

                         BY: BRIDGECREST CREDIT COMPANY, LLC,
                         as agent

                         By: _____
                         Name: Daniel Gaudreau
                         Title: Treasurer

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On December 30, 2019, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, a limited liability company, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

~~Commissioner of the Superior Court~~
Notary Public

Record Number: ___570322___



SAMANTHA N. DAVIS
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 570322
Expires October 13, 2023

**EXHIBIT B**
**BILL OF SALE AND ASSIGNMENT OF ACCOUNTS**

BRIDGECREST CREDIT COMPANY, LLC, a limited liability company organized under the laws of Arizona ("Seller"), solely in its capacity as agent on behalf of Sonoran Auto Receivables Trust 2018-1 Term ("Trust") hereby absolutely sells, transfers, assigns, sets-over and conveys to Portfolio Recovery Associates, a Limited Liability Company organized under the laws of Delaware with an office at 130 Corporate Boulevard, Norfolk, VA 23502, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Trust's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as Exhibit A (the "Accounts"), and

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Trust on or prior to November 17, 2019, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Loan Sale Agreement made and entered into by and between Seller and Buyer dated December 30, 2019 (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement. Neither the Trust nor the Seller make representations, warranties or covenants to Buyer other than as expressly set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Delaware without regard to the conflicts-of-laws rules thereof.

DATED: December 30, 2019

SONORAN AUTO RECEIVABLES TRUST 2018-1 TERM

BY: BRIDGECREST CREDIT COMPANY, LLC, as agent

By: _____
Name: Daniel Gaudreau
Title: Treasurer

STATE OF ARIZONA)
) ss.
COUNTY OF MARICOPA)

On December 30, 2019, before me the undersigned officer, personally appeared Daniel Gaudreau, who acknowledged him/herself to be the Treasurer of BRIDGECREST CREDIT COMPANY, LLC, a limited liability company, signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

Commissioner of the Superior Court
Notary Public

Record Number: 570322

